```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42751
    VANESSA HOOD
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-9074

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/17/2004 and was confirmed 01/04/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 09/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     3630.71          249.08        3630.71
CAVALRY INVESTMENTS       UNSEC W/INTER     7678.01          582.94        7678.01
CREDIGY RECEIVABLES INC   UNSEC W/INTER     4904.93          372.39        4904.93
KOHLS                     UNSEC W/INTER      673.11           46.24         673.11
MONTGOMERY WARDS          UNSEC W/INTER   NOT FILED             .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY       2,300.00                       2,300.00
TOM VAUGHN                TRUSTEE                                          1,145.78
DEBTOR REFUND             REFUND                                             316.81

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             21,900.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                 16,886.76
    INTEREST                               1,250.65
ADMINISTRATIVE                             2,300.00
TRUSTEE COMPENSATION                       1,145.78
DEBTOR REFUND                                316.81
                    --------------       --------------
TOTALS              21,900.00             21,900.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 42751 VANESSA HOOD

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE